In the Matter of FRANCIS EVERY, Petitioner, and HARVEY L. EVERY, an Infant, Respondent, against COUNTY OF ULSTER, Appellant.

Argued November 24, 1952; decided January 15, 1953.

*Frederick H. Stang, County Attorney (Arthur A. Davis, Jr., of counsel), for appellant.*

*John A. Bonomi* for respondent.

Order of Appellate Division reversed, without costs, and matter remitted to that court pursuant to section 606 of the Civil Practice Act for determination of the questions of fact. (See *Rugg* v. *State of New York,* 303 N. Y. 361.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.